Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of Kansas**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | **Integrated Proteins LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**Integrated Proteins**

**Integrated-Pro**

**3. Debtor's federal Employer Identification Number (EIN)**

8  4 – 1  7  5  1  0  9  6

**4. Debtor's address**

**Principal place of business**

**1480 NW Vivion Road**
Number        Street

**Kansas City, MO 64118**
City                    State    ZIP Code

**Clay**
County

**Mailing address, if different from principal place of business**

Number        Street

City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

**300 S 55th St**
Number        Street

**Kansas City, KS 66106-1016**
City                    State    ZIP Code

**5. Debtor's website (URL)**    **https://integrated-pro.com/**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 26-20713    Doc# 1    Filed 05/06/26    Page 1 of 21

Debtor **Integrated Proteins LLC**
Name

Case number *(if known)* _____

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above |

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
**1  1  5  2**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                  MM / DD / YYYY

          District _____ When _____ Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **Nutrihub LLC**         Relationship **parent company**

     District **District of Kansas**       When **5/6/2026**
                                         MM / DD / YYYY

     Case number, if known **tbd** _____

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number    Street

_____
City                                    State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000
☐ 100-199   ☑ 200-999   ☐ 10,001-25,000   ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion
☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000   ☑ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **3**

Debtor  **Integrated Proteins LLC**
　　　　Name

Case number *(if known)*

| | | | | |
|---|---|---|---|---|
| **16. Estimated liabilities** | ❑ $0-$50,000 | ❑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion | |
| | ❑ $50,001-$100,000 | ❑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion | |
| | ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion | |
| | ❑ $500,001-$1 million | ☑ $100,000,001-$500 million | ❑ More than $50 billion | |

## Request for Relief, Declaration, and Signatures

**WARNING --**　Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/06/2026**
　　　　　　　　MM/ DD/ YYYY

**X** **/s/ David R. Payne**
Signature of authorized representative of debtor

**David R. Payne**
Printed name

Title　　　　　**CRO**

**18. Signature of attorney**

**X** **/s/ David Thomas Prelle Eron**
Signature of attorney for debtor

Date **05/06/2026**
　　　　MM/ DD/ YYYY

**David Thomas Prelle Eron**
Printed name

**Prelle Eron & Bailey, P.A.**
Firm name

**301 N Main St Ste 2000**
Number　　　　Street

**Wichita**
City

**KS**
State

**67202-4820**
ZIP Code

**(316) 262-5500**
Contact phone

**david@eronlaw.net**
Email address

**23429**
Bar number

**KS**
State

Debtor     **Integrated Proteins LLC**                                          Case number *(if known)*
                Name

## Additional Page

**10. Continued**

Debtor **HFO Logistics LLC**                    Relationship **affiliate**

District **District of Kansas**                    When       **5/6/2026**
                                                               MM / DD / YYYY
Case number, if known **tbd**

Debtor **Hubbard Ingredients LLC**                Relationship **affiliate**

District **District of Kansas**                    When
                                                               MM / DD / YYYY
Case number, if known **tbd**

Debtor **Innovity Ventures LLC**                  Relationship **affiliate**

District **District of Kansas**                    When
                                                               MM / DD / YYYY
Case number, if known **tbd**

Debtor **Purdy Boys LLC**                         Relationship **affiliate**

District **District of Kansas**                    When
                                                               MM / DD / YYYY
Case number, if known **tbd**

Fill in this information to identify the case:

Debtor name **Integrated Proteins LLC**

United States Bankruptcy Court for the:

**District of Kansas**

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders **12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | First Interstate Bank Attn Officer 401 N 31st St Billings, MT 59101 | | Guaranty | Contingent | | | $22,205,124.20 |
| 2 | Kompass Kapital Funding LLC Attn Officer or Agent 9800 Metcalf Ave Overland Park, KS 66212 | | Business Loan | | | | $9,525,327.42 |
| 3 | Schroeder Country Products 9 Leisure Lane McCook Lake, SD 57049 | | Vendor | | | | $8,061,186.18 |
| 4 | Farmers Union Industries 220 Ponderosa Road Redwood Falls, MN 56283 | | Business Loan | | | | $6,290,325.06 |
| 5 | Daimler Truck Financial 14372 Heritage Parkway Ste 400 Fort Worth, TX 76177 | | Guaranty | Contingent | | | $4,899,776.47 |
| 6 | Commodity Services Inc. 1501 South State St Suite 200 Fairmont, MN 56031 | | Vendor | | | | $3,896,680.93 |
| 7 | 4000 Cedar Blvd, LLC Attn Matthew Reich 172 S Broadway White Plains, NY 10605 | | Terminated Lease | | | | $3,486,443.37 |
| 8 | Fiordo Austral 5815 Windward Pkwy Alpharetta, GA 30005 | | Vendor | | | | $3,053,960.86 |

Case 26-20713   Doc# 1   Filed 05/06/26   Page 6 of 21

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 EN OD Capital 1202 Avenue U Ste 1115 Brooklyn, NY 11229 | | MCA | Disputed | | | $2,791,250.00 |
| 10 Spring Funding FL LLC 4601 Sheridan Street Ste 600 Hollywood, FL 33021 | | MCA | Disputed | | | $2,789,437.49 |
| 11 Badger Ingredients, Inc. 36801 N Bivouac Trail Carefree, AZ 85377 | | Vendor | | | | $2,380,385.01 |
| 12 Seneca Trading, LLC 317 S. Main Street Ste 201 Findlay, OH 45840 | | Vendor | | | | $2,198,664.67 |
| 13 NewCo Capital Group VI LLC 333 W Commercial Street Ste 324 East Rochester, NY 14445 | | MCA | Disputed | | | $2,100,000.00 |
| 14 Harper Advance LLC 243 Tresser Blvd 17th Floor Stamford, CT 06901 | | MCA | Disputed | | | $2,025,000.00 |
| 15 Novus Capital Funding II LLC Attn Officer or Agent co The LLC 54 State Street Ste 804 Albany, NY 12207 | | MCA | Disputed | | | $1,370,000.00 |
| 16 Bluerock Capital LLC Attn Officer or Agent co The LLC 1212 Avenue N Ste 3 Brooklyn, NY 11230 | | MCA | Disputed | | | $1,350,000.00 |
| 17 Visa Capital LLC co CT Corporation System UCC MO 20250806001076941 330 N Brand Blvd Glendale, CA 91203 | | MCA | Disputed | | | $1,250,625.00 |
| 18 American River Ag Inc PO Box 4452 El Dorado Hills, CA 95762 | | Vendor | | | | $1,172,265.30 |
| 19 Wallwork Financial PO Box 628 401 38th Street SW Fargo, ND 58107 | | Guaranty | Contingent | | | $1,037,231.21 |
| 20 Webbank - Libertas Funding LLC 411 West Putnam Avenue Ste 220 Greenwich, CT 06830 | | Business Loan | Disputed | | | $812,770.55 |

# United States Bankruptcy Court
## District of Kansas

**In re**   Integrated Proteins LLC

Case No. _____

**Debtor**

Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................................. **$350,000.00**

Prior to the filing of this statement I have received ...................................................................................... **$350,000.00**

Balance Due ................................................................................................................................................. **$0.00**

2.   The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

The amount listed above is the retainer amount only, and cover this case and the related proceedings filed concurrently herewith, for which joint administration will be requested. A portion of these funds were spent at or prior to filing on the attorney fees and court filing fee. Fees are billed at $600/hr by David Prelle Eron and are governed exclusively by the retainer agreement, which is available upon request by the UST, trustee, or the court. Hourly rates may increase annually consistent with rates charged to all clients of the Firm. Fee applications will be filed for all fees incurred during the case.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**05/06/2026**

*Date*

**/s/ David Thomas Prelle Eron**

David Thomas Prelle Eron
*Signature of Attorney*

Bar Number: 23429
Prelle Eron & Bailey, P.A.
301 N Main St Ste 2000
Wichita, KS 67202-4820
Phone: (316) 262-5500
Fax: (316) 262-5559

**Prelle Eron & Bailey, P.A.**

*Name of law firm*

Date: **05/06/2026**

**/s/ David R. Payne**

*David R. Payne*

IN RE: **Integrated Proteins LLC**                              CASE NO

                                                                CHAPTER **11**


## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    **05/06/2026**        Signature                            **/s/ David R. Payne**

                                                        David R. Payne, CRO

22nd Auto Credit LLC
11653 Ridgeway Ct
Saint Joseph MO 64505

247 Express Solutions LLC
PO Box 8497
Omaha NE 68108

312 Ventures LLC
1480 NW Vivion Road
Kansas City MO 64118

3D Corporate Solutions
601 13th Street
Monett MO 65708

4000 Cedar Blvd LLC
Attn Matthew Reich
172 S Broadway
White Plains NY 10605

AW Exteriors LLC
203 North Elm
Cameron MO 64429

Accurate Superior Scale
1830 Linn St
N Kansas City MO 64116

Ace Recovery Group
99 Wall Street Ste 4890
New York NY 10005

Ace Scale Company
1701 Roseport Road
Elwood KS 66024

Action Electric Corp
923 S 9th St
St Joseph MO 64503

Adam Whitney Roofing LLC
203 North Elm
Cameron MO 64429

Adimax
Av Agenor Leme dos Santos 495 Caixa
Postal 54
Salto de Pirapora Brazil

AFFCO New Zealand Ltd
6128 Great South Road
Horotiu 3288 New Zealand

AH Trucking LLC
303 West Jefferson
Purdy MO 65734

Airgas USA LLC
1845 Foxridge Dr
Kansas City KS 661064741

AL J MUELLER CONSTRUCTION
CO
PO Box 8066
St Joseph MO 64508

Alliance Maintenance Inc
PO BOX 695
Lowell AR 72745

ALLTECH Inc
NEED INFO

Ally Bank
Attn Officer
200 West Civic Centre Drive
Sandy UT 84070

American Express
CorrespondenceBankruptcy
PO Box 981535
El Paso TX 79998

American River Ag Inc
PO Box 4452
El Dorado Hills CA 95762

Amerigas
PO BOX 660288
Dallas TX 752660288

Anchor Acceptance Corporation
PO Box Box 860
North Sioux City SD 57049

Anderson Riddle LLP
1604 8th Avenue
Fort Worth TX 76104

Ararat Abattoirs Exports Pty LTD
343 Nott Road
Ararat Victoria
3377 Australia

Armstrong Teasdale LLP
Attn Gregory Todd
2345 Grand Blvd Ste 1500
Kansas City MO 64108

Arnett Logistics LLC
11701 LaMonte Road
LaMonte MO 65337

Arthurs Lawn Care
1108 South Aspen Street
Savannah MO 64485

Asset Management Group
Six Zero Inc
6320 Lamar Ave 107
Overland Park KS 66202

ATT
co Bankruptcy Flr 4W
4331 Communications Dr
Dallas TX 75211

Ayamo
PO BOX 33964
Dubai UAE

B 6 Transport Inc
23220 Rte 291
Harrisonville MO 64701

Badger Ingredients Inc
36801 N Bivouac Trail
Carefree AZ 85377

Baker Sterchi Cowden Rice LLC
100 S 4th St Ste 900
Saint Louis MO 63102

Barry Electric Coop
PO Box 307
4015 Main Street
Cassville MO 65625

Barts Electric Company Inc
1 Liberty Plaza
Liberty MO 64068

Bear State Transport LLC
5325 W Wheeler Rd
Fayetteville AR 72704

Benjamin Hubbard
4806 NW 57th Ct
Kansas City MO 64151

Bluerock Capital LLC
Attn Officer or Agent
co The LLC
1212 Avenue N Ste 3
Brooklyn NY 11230

BNSF Railway
100 NE Jefferson Trafficway
Topeka KS 66616

Bolin Hydraulic Inc
802 South 9th St
St Joseph MO 64501

Borenich Associates 3 LLC
co Eastbrook Properties
1518 NW Vivion Rd
Kansas City MO 64118

Boyer Valley Company
PO Box 850510
Minneapolis MN 554850513

Breeze Advance
478 Albany Ave Ste 17
Brooklyn NY 11203

Breeze Advance LLC
Attn Officer or Agent
221 W Hallandale Beach Blvd Ste 516
Hallandale FL 33009

Brenner Welding Supplies Inc
703 N 2nd St
Clarksdale MO 64430

Brf SA
Rua Jorge Tzachel 475
Bairro Fazenda
Itajai SC 88301600 Brazil

Bridge Commodities LLC
PO Box 4325
Logan UT 84321

Brotherton Farms Trucking
PO Box 497
Chillicothe MO 64601

BTG
Brzeska 23
46112 wierczw Poland

Buchi Corporation
19 Lukens Dr Ste 400
New Castle DE 19720

Byline Financial Group
2801 Lakeside Dr Ste 212
Deerfield IL 60015

Capital One NA
Attn Officer
1680 Capital One Dr
McLean VA 22102

Case Linden PC
2600 Grand Boulevard Suite 300
Kansas City MO 64108

Caterpillar Financial Services
Corp
PO Box 730681
Dallas TX 75373

Caterpillar Financial Svcs Corp
2120 West End Ave
Nashville TN 372035251

CE Wells Trucking LLC
22655 Mason
Fayetteville AR 72703

Central Bag Company
4901 South 4th Street
Leavenworth KS 66048

Century Fire Sprinklers Inc
1901 Bedford Rd
Kansas City MO 64116

CEREAL BYPRODUCTS COMPANY
PO BOX 6700
Carol Stream IL 60197

CFS North America LLC
3179 99th St
Urbandale IA 50322

Charles Hubbard
4602 NW 71st St
Kansas City MO 64151

Chelsea McGinnis
305 N Fox Ridge Dr Apt 205
Raymore MO 64083

Cintas
PO Box 636525
Cincinnati OH 45263

City of St Joseph
1100 Frederick Ave
Saint Joseph MO 64501

CMA CGM LLC
4 Quai DArenc
13235 Marseille
Cedex 02 France

CNH Industrial Capital
PO Box 71264
Philadelphia PA 19176

Coastal Welding Supply Inc
PO Box 3029
Beaumont TX 77704

Collier Legal LLC
125 Hunt Club Dr 1B
Copley OH 44321

Commercial Capital Company LLC
13910 W 96th Terrace
Lenexa KS 66215

Commodity Services Inc
1501 South State St Suite 200
Fairmont MN 56031

Continental Fire Sprinkler
4518 South 133rd St
Omaha NE 68137

Core Funding Source LLC
Attn Officer or Agent
49 Front St Ste 6
Rockville Centre NY 11570

Craig Mostyn Group
PO Box 462
Fremantle WA 6959 Australia

Creal Clark Seifert
1701 S Belt Hwy
St Joseph MO 64507

Crown Networks LLC
420 Nichols Rd 2nd Floor
Kansas City MO 64112

CSC Logistics LLC
11880 COLLEGE BLVD
OVERLAND PARK KS 66210

CSF Proteins Pty Ltd
19 Merino Street
Laverton
North VIC 3026 Austrailia

CSX Transportation
CSX NA 168595
Chicago IL 60677

CT Corporation System
As rep for
UCC MO 20260324000376417
330 N Brand Blvd Ste 700
Glendale CA 91203

CT Corporation System
As rep for UCC MO 20250814001116360
330 N Brand Blvd Ste 700
Glendale CA 91203

CT Corporation System
As rep for UCC WY 202531024724
330 N Brand Blvd Ste 700
Glendale CA 91203

CT Corporation System
As rep for UCC MO 20250806001077032
330 N Brand Blvd Ste 700
Glendale CA 91203

CT Corporation System
As rep for UCC MO 20250226000223250
330 N Brand Blvd Ste 700
Glendale CA 91203

CT Corporation System
As rep for UCC MO 20250218000188497
330 N Brand Blvd Ste 700
Glendale CA 91203

D D Trucking
PO Box 2577
Turlock CA 95381

Daimler Truck Financial
14372 Heritage Parkway Ste 400
Fort Worth TX 76177

Darling Ingredients Inc
5601 N MacArthur Blvd
Irving TX 75038

De Lange Landen Financial
Services Inc
1111 Old Eagle School Road
Wayne PA 19087

DeltArk Grain Carriers LLC
Jacob Sheffer
321 Highway 64 W
McCrory AR 72101

Deskin Scale Company INC
PO Box 3272
Springfield MO 658083272

DFI INC
1910 Roseport Road
Elwood KS 66024

Doggett Heavy Machinery
Services
PO Box 15869
Baton Rouge LA 70895

Doty Trash Service
PO Box 608
Aurora MO 65605

DSM Food Specialties USA Inc
Plainsboro
NJ
250 Plainsboro Road
8536

Dunning Express Inc
PO BOX 419
Elwood KS 66024

Eastbrook Collaborative
1518 NW Vivion Road
Kansas City MO 64118

Ecopig
Carretera N400 ToledoCuenca km 59
Noblejas Toledo 45350 Spain

Electronic Supply
14915 West 106th St
Lenexa KS 66215

Elton Norman
8504 NE 89th Street
Kansas City MO 64157

EN OD Capital
1202 Avenue U Ste 1115
Brooklyn NY 11229

Epstein and Fahrenkopf LLP
205 Hudson Street Floor 7
New York NY 10013

Evergy Kansas Central Inc
Attn Bankruptcy
PO Box 219089
Kansas City MO 641219089

Fairbanks Scales
PO BOX 419655
Kansas City MO 641219655

Farmers Union Industries
220 Ponderosa Road
Redwood Falls MN 56283

Farmers Union Industries LLC
220 Ponderosa Road
Redwood Falls MN 56283

Faruni Farinhas e Proteina Animal
Rua Das Olaias
Parque Industrial
Da Figueira Da Foz Lt 103
Lavos 3090451 Lavos Portugal

Feednova
KVALITAPLUS sro Kabelova 5622
Praha 4 143 00 Czech Republic

Fiordo Austral
5815 Windward Pkwy
Alpharetta GA 30005

First Interstate Bank
Attn Officer
401 N 31st St
Billings MT 59101

First Interstate Bank
PO Box 31193
Billings MT 59107

Fletcher International Exports Pty
LTD
Lot 11 Yarrandale Road
Dubbo NSW 2830 Australia

Flexport Inc
760 Market St 8th Floor
San Francisco CA 94102

Foley Industries
5701 E 87th St
Kansas City MO 64132

Forest Brook Brokerage LLC
N4897 Hwy 57
Chilton WI 53014

Forkner Commodity Transport
10184 E Indian Line Rd
Richards MO 64778

French Camp Transport
PO BOX 208
French Camp CA 95231

Frost PLLC
425 West Capitol Avenue
Little Rock AR 72201

Furlong Freight LLC
319 Brim St
Brimfield IL 49712

George Richins
1119 W Dogwood
Skiatook OK 74070

**Greenbrier Leasing Company LLC**
One Centerpointe Drive
Lake Oswego OR 97035

**Greenlight Transportation Services LLC**
18696 Greenfield Rd
Harrisburg AR 72432

**Hank and Roy LLC**
1480 NW Vivion Road
Kansas City MO 64118

**HapagLloyd America LLC**
3 Ravinia Dr Ste 1600
Atlanta GA 30346

**HapagLloyd DONT USE**
5515 Spalding Drive
Peachtree Corners GA 30092

**Harinas de Andalucia SL**
Camino de la Dehesilla
Parcela 18A
Tahivilla Cadiz 11392 Spain

**Harper Advance LLC**
243 Tresser Blvd 17th Floor
Stamford CT 06901

**HD Shipping Solutions LLC**
985 Damonte Ranch Pkwy Ste 100
Reno NV 89521

**Heartland Nutritional Services LLC**
1480 NW Vivion Road
Kansas City MO 64118

**Heartland Proteins**
1520 Read Street
Omaha NE 68112

**Heartland Scales Guidance**
PO BOX 667
Valley NE 68064

**HewlettPackard Fin Svcs Co**
200 Connell Drive
Berkeley Heights NJ 07922

**HFO Logistics LLC**
1480 NW Vivion Road
Kansas City MO 64118

**Highlands Freight Brokerage LLC**
PO Box 8036
Saint Joseph MO 64508

**Hill Brothers Transportation Inc**
11620 M Circle
Omaha NE 68137

**Hubbard Cattle Co LLC**
PO Box 8036
Saint Joseph MO 64508

**Hubbard Construction LLC**
PO Box 8036
Saint Joseph MO 64508

**Hubbard Ingredients LLC**
1480 NW Vivion Road
Kansas City MO 64118

**Joseph Hubbard**
11203 County Road 375
Saint Joseph MO 64505

**Huffs Dumpster Rentals LLC**
6008 Savannah Road
Savannah MO 64505

**Huntington Bank**
41 South High St
Columbus OH 43287

**Huntington National Bank**
11100 Wayzata Blvd Ste 700
Hopkins MN 55305

**HYG Financial Services Inc**
5000 Riverside Drive Ste 300 East
Irving TX 75039

**I Got Funded**
2420 Miami Gardens Dr Ste 401
Miami FL 33180

**IBT Inc**
PO Box 873065
Kansas City MO 64187

**Industrial Magnetics Inc**
1385 S M 75
Boyne City MI 49712

**Innovity Ventures LLC**
1480 NW Vivion Road
Kansas City MO 64118

**Internal Revenue Service**
PO Box 7346
Philadelphia PA 191017346

**JR Gutters LLC**
PO Box 8036
Saint Joseph MO 64508

**Jacob Matthes**
407 Lexington Road
Pleasant Hill MO 64080

Jacobs Corporation
PO Box 727
Harlan IA 51537

JBB Capital
109 S Northshore Dr Ste 200
Knoxville TN 37919

Jesse N Wright
PO Box 115
Peculiar MO 64078

JG Pears
Bella Vista Farm
Hartcliffe Penistone
Sheffield S36 9FN UK

Jg Pears Commodities Limited
Bella Vista Farm Hartcliffe Rd
Penistone Sheffield
S36 9FN UK

JLO Lawn Landscape
12609 Nothern Avenue
Liberty MO 64068

JNB Logistics LLC
9205 Eagle Drive 442 Ste 300
Mont Belvieu TX 77523

John Deere Construction Forestry
Co
6400 NW 86th Street
Johnston IA 50131

Julie Whiters
905 Bello Mondo Drive
Platte City MO 64079

Kansas Department of Agriculture
900 SW Jackson Room 456
Topeka KS 66612

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 666013058

Karbank Holdings LLC
co Karbank Real Estate Company LLC
2000 Shawnee Mission Pkwy Ste 400
Mission KS 66205

Kingdom Kapital
99 Wall St 2613
New York NY 10005

Kingdom Kapital LLC
Attn Officer or Agent
40 Wall Street 28th 2703
New York NY 10005

Koechner Forensics LLC
4520 Main St Suite 700
Kansas City MO 64111

Kompass Kapital Funding LLC
Attn Officer or Agent
9800 Metcalf Ave
Overland Park KS 66212

Kuehne Nagel SA
20000 S Western Ave
Torrance CA 90501

KVALITAPLUS
Vaclava Trojana 154720
104 00 Praha 22 Uhrlneves
Czech Republic

La Budde Group Inc
W63 N583 Hanover Avenue
Cedarburg WI 53012

Lazer Logistics
6525 Shiloh Road Ste 900
Alpharetta GA 30005

LEAF Commercial Capital Inc
One Commerce Square
2005 Market St 14th Fl
Philadelphia PA 19103

LG Law
1600 Genessey St Ste 918
Kansas City MO 64102

Libertas Partners GP LLC
Attn Officer or Agent
411 W Putnam Ave Ste 220
Greenwich CT 06830

Locke Lande LLC
1480 NW Vivion Road
Kansas City MO 64118

MD INTERNATIONAL LLC
5445 La Sierra Dr Suite 100
Dallas TX 75231

Macafish SA
Macafish SA CDLA VIA AL SOL
MZ 575 Villa 54
Guayaquil Guayas Ecuador

Mackey Services
5252 FM 517 RD E
Dickinson TX 77539

Maersk
180 PARK AVE BLD 105
PO BOX 950
Florham Park NJ 07932

Magnetic Products Inc
PO Box 529
Highland MI 48357

Marmic Fire Safety Co Inc
PO Box 1939
Lowell AR 72745

Mary Bandu
15653 Lake Side Drive
Basehor KS 66007

Matts Truck and Trailer Repair
3807 S Leonard Rd
Saint Joseph MO 64503

McAnany Oil Company Inc
PO Box 906
Olathe KS 66051

Mcassab
RUA JOO BATISTA DOS SANTOS 2000
RIFAINA SP 14490 Brazil

Mediterranean Shipping Company
USA Inc
420 5th Avenue
New York NY 10018

Medley Equipment Company
Section 345
PO BOX 258881
Oklahoma City OK 731258881

Merk Funding Inc
Attn Officer or Agent
Registered Agent Solutions Inc
838 Walker Road Ste 212
Dover DE 19904

Merk Funding Inc
Attn Boruch Orzel
1013 Centre Rd Ste 403S
Wilmington DE 19805

MFA Oil Company
PO Box 843784
Kansas City MO 64184

Midfield
SCOTT STREET AND MCMEEKIN ROAD
WARRNAMBOOL Victoria 3280 Australia

Midwest International Logistics
LLC
1501 Taney Street
Kansas City MO 64116

Missouri American Water
PO Box 6029
Carol Stream IL 60197

Missouri Department of Revenue
Taxation Division
PO Box 1646
Jefferson City MO 651051646

MOWI Markets Norway AS
SANDVIKSBODENE 77A
5035 BERGEN Norway

MP Biomedicals LLC
29525 Fountain Parkway
Solon OH 44139

MTI Security
PO Box 6539
St Joseph MO 64506

Murphy Tractor Equipment CO
INC
PO Box 4450
Carol Stream IL 60197

NewBOS Partners LLC
PO Box 1577
Miles City MT 59301

NewCo Capital Group VI LLC
333 W Commercial Street Ste 324
East Rochester NY 14445

NewCo Capital Group VI LLC
Attn Officer or Agent
Co VCorp Agent Services Inc
25 Robert Pitt Drive Ste 204
Monsey NY 10952

NORAG LLC
3850 S 149Th St 103
Omaha NE 68144

Norfolk Southern Railway
Company
650 West Peachtree St NW
Atlanta GA 30308

Northland Capital Financial
Services LLC
Po Box 7278
Saint Cloud MN 563027278

Northwest Mechanical Plumbing
Inc
5112 King Hill Ave
St Joseph MO 64504

Northwest Transportation
Services Inc
7111 NE 179th St
Vancouver WA 98686

Novus Capital Funding II LLC
Attn Officer or Agent
co The LLC
54 State Street Ste 804
Albany NY 12207

NS Shipping
PO Box 71209
Charlotte NC 282721209

Nutrasi LLC
1480 NW Vivion Road
Kansas City MO 64118

NutriHub LLC
1480 NW Vivion Road
Kansas City MO 64118

Occupational Health Centers of
Kansas PA
PO BOX 369
Lombard IL 601480369

Open Range Agriculture LLC
co Frost Brown Todd
2101 Cedar Springs Rd Ste 900
Dallas TX 75201

Operation Finance Inc
610 Uptown Blvd Ste 2000
Cedar Hill TX 75104

Optimum Business
1111 Stewart Ave
Bethpage NY 11714

Orient Overseas Container Line
Ltd
10913 S River Front Parkway
South Jordan UT 84095

Palisade Advance LLC
Attn Officer or Agent
2447 47th Street
Astoria NY 11103

Paya Toliver
3610 NW 86th Ct
Kansas City MO 64105

Peerless Technology Solutions
401 Huntington Court
Greenwood MO 64034

Peterson Lock Key
608 Frisco St
Monett MO 65708

Prairie Petfood Ingredients LLC
co Frost Brown Todd
2101 Cedar Springs Rd Ste 900
Dallas TX 75201

Premier Truck Group
PO Box 840827
Dallas TX 75284

Pro Diesel LLC
600 West Main
Jefferson City MO 65102

Procurify Technologies Inc
701 West Georgia Street
Ste 1500
Vancouver BC V7Y 1C6 Canada

Purdy Boys LLC
1480 NW Vivion Road
Kansas City MO 64118

Purdy Holding Group LLC
1480 NW Vivion Road
Kansas City MO 64118

Quality Home Exterior
Subcontracting LLC
PO Box 8036
Saint Joseph MO 64508

Queen Logistics LLC
PO Box 849
Hickory NC 28603

Rail Partners Select LLC
CO RESIDCO
70 W Madison Suite 2200
Chicago IL 60602

RangenLLC
850 New Burton Rd 201
Dover DE 19904

Redgate Disposal LLC
7501 SW County Line Road
Edgerton MO 64444

RedHelm
800 Regis Avenue
Pittsburg PA 15236

Reich Bros 1 LLC
Attn Lawrence Gill
172 S Broadway
White Plains NY 10605

RentAll Equipment Inc
3002 S 6th St
St Joseph MO 64501

ResourceOne Global LLC
1480 NW Vivion Rd
Kansas City MO 64118

Riverbend Grain and Livestock
LLC
1480 NW Vivion Road
Kansas City MO 64118

RJJC Concerns LLC
PO Box 8036
Saint Joseph MO 64508

RJJC Trucking LLC
PO Box 8036
Saint Joseph MO 64508

Rock Ridge Steel Co LLC
PO BOX 455
Elwood KS 66024

Ruca Logistics SA
Pico 1641 8th Fl Ste B
C1429EEC Caba Argentina

Ryan Quinn
PO BOX 132
Peculiar MO 640780132

SAF US LLC
1904 Chalk Rock Cove
Austin TX 78735

Saint Paul Commodities Inc
8300 Norman Center Dr Ste 650
Bloomington MN 55437

Santiago Villegas
629 Oakley Ave
Rockford IL 61101

Schmuhl Brothers Inc
PO Box 2179
Mission KS 66201

Schroeder Country Products
9 Leisure Lane
McCook Lake SD 57049

Seara
LTDA ROD ITG 060 SN
LINHA SANTA FE ALTA INTERIOR
ITAPIRANGA SC BRAZIL

Seneca Trading LLC
317 S Main Street Ste 201
Findlay OH 45840

Senha Farinha E Oleo LTDA
Estr Do Pareci Divisa
1515 Area Rural Capela de Santana RS
95745000 Brazil

Shook Hardy Bacon LLP
2555 Grand Blvd
Kansas City MO 64108

Spencer Fane LLP
1000 Walnut Street Ste 1400
Kansas City MO 64106

Spire Energy
PO Box 807777
Kansas City MO 64180

Spring Funding FL LLC
4601 Sheridan Street Ste 600
Hollywood FL 33021

Spring Funding FL LLC
Attn Officer or Agent
co Corporate Creations Network Inc
801 US Highway 1
North Palm Beach FL 33408

St Joe Petroleum Co
PO BOX 3067
St Joseph MO 64503

St Joseph Museum Inc
3406 Frederick Avenue
St Joseph MO 64506

Stanphill Sanitation LLC
709 North Walnut
Pierce City MO 65723

Staples
8450 NW Prairie View Road
Kansas City MO 64153

Steam Logistics LLC
PO Box 631573
Cincinnati OH 452631573

Stericycle Inc
28883 Network Place
Chicago IL 606731288

Sturtevant Inc
348 Circuit Street
Hanover MA 02339

Sumitomo Mitsui Finance
and Leasing Company Ltd
666 Third Avenue 8th Floor
New York NY 10017

Sumner One Inc
PO Box 5180
St Louis MO 631390180

Sunbelt Finance LLC
PO BOX 17000
Jonesboro AR 72403

Superior Rents Sales Inc
1370 E Primrose Ste G
Springfield MO 65804

Tamara Pernice
9804 N Smalley Avenue
Kansas City MO 64157

Tennant Sales Service Company
10400 Clean St
Eden Prairie MN 553442650

The 254 Roost LLC
PO Box 8036
Saint Joseph MO 64508

The CIT GroupEquipment
Financing Inc
30 S Wacker Drive
Chicago IL 60606

Thomas Oliver Harwell
Frost Brown Todd
2101 Cedar Springs Rd Ste 900
Dallas TX 75201

Thomas Towing Recovery
101 Dairy Street
Monett MO 65708

Thompson Gas
PO BOX 365
La Vergne TN 37086

Todds Tire Service
20451 Highway 169 North
St Joseph MO 64505

Uline
PO Box 88741
Chicago IL 606801741

UniFi Equipment Finance Inc
801 W Ellsworth Rd
Ann Arbor MI 48108

UniFirst Corporation
68 Jonspin Road
Wilmington MA 01887

Union Pacific Railroad
PO Box 502453
St Louis MO 631502453

United Rentals
7840 HIGHWAY 146 SOUTH
Baytown TX 77523

US Attorney Kansas City
Robert J Dole US Courthouse
500 State Avenue Ste 360
Kansas City KS 66101

US Commodities LLC
730 2nd Ave S Ste 700
Minneapolis MN 55402

US Customs and Border
Protection Revenue Division
ACH Debit Applications
8899 East 56 Street
Indianapolis IN 46249

USD LLC
8005 Constance St
Lenexa KS 66215

ValueMax AgriPro LLC
1480 NW Vivion Road
Kansas City MO 64118

Vance Partners LLC
494 Camden Rd
Vance SC 29163

Velociti Inc
PO Box 874978
Kansas City MO 641874978

Veritiv Operating Company
7472 Collection Center Drive
Chicago IL 60693

Verizon Wireless
Po Box 16810
Newark NJ 071016810

Vestis First Aid Safety
2680 Palumbo Drive
Lexington KY 40509

Visa Capital LLC
co CT Corporation System
UCC MO 20250806001076941
330 N Brand Blvd
Glendale CA 91203

Wallwork Financial
PO Box 628
401 38th Street SW
Fargo ND 58107

Warren Pearson
15451 Cinnereth
Savannah MO 64485

Webbank Libertas Funding LLC
411 West Putnam Avenue Ste 220
Greenwich CT 06830

Wells Fargo Equipment Finance
800 Walnut Street 4th Floor
Des Moines IA 50309

West Texas Protein Inc
PO Box 15
Friona TX 79035

Western Tier Proteins Pty Ltd
5 Burlington Road
Cressy Tasmania 7302 Australia

Wiese USA Inc
PO BOX 7412127
Chicago IL 606742127

Wildcat Logistics LLC
1301 1st Ave Suite 201
Columus GA 31901

Withers Brant Igoe Mullennix PC
Two South Main Street
Liberty MO 64068

Wynco Diversified Holdings LLC
Attn Charles Hubbard
1037 Fox Run Terrace
Liberty MO 64068

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
## KANSAS CITY DIVISION

IN RE:                                                      CHAPTER  **11**
**Integrated Proteins LLC**

DEBTOR(S)                                                   CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Nutrihub, LLC** | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**CRO**_____ of the _____**Nonpublic Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **05/06/2026**_____     Signature: **/s/ David R. Payne**_____
                                                          *David R. Payne, CRO*