Case 26-20713   Doc# 31-5   Filed 05/07/26   Page 1 of 2

| EXHIBIT 5 | Budget | Integrated Proteins, LLC | Case No. | 26-20713 |
|---|---|---|---|---|
| | | Nutrihub, LLC | Case No. | 26-20714 |
| | | HFO Logistics, LLC | Case No. | 26-20715 |

**Next 13 Weeks Summary Output**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beg. Week | 5/3/26 | 5/10/26 | 5/17/26 | 5/24/26 | 5/31/26 | 6/7/26 | 6/14/26 | 6/21/26 | 6/28/26 | 7/5/26 | 7/12/26 | 7/19/26 | 7/26/26 | 5/3/26 |
| End Week | 5/9/26 | 5/16/26 | 5/23/26 | 5/30/26 | 6/6/26 | 6/13/26 | 6/20/26 | 6/27/26 | 7/4/26 | 7/11/26 | 7/18/26 | 7/25/26 | 8/1/26 | 8/1/26 |
| **Forecast Week** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **1 - 13** |
| **Operating Receipts / Disbursements** | | | | | | | | | | | | | | |
| *Total Operating Receipts* | $4,700,000 | $4,700,000 | $4,700,000 | $4,700,000 | $4,700,000 | $4,625,000 | $4,700,000 | $4,700,000 | $4,700,000 | $4,700,000 | $3,750,000 | $4,700,000 | $4,700,000 | **$60,075,000** |
| *Operating Disbursements* | | | | | | | | | | | | | | |
| Inventory Purchases | ($3,000,000) | ($3,000,000) | ($3,000,000) | ($3,000,000) | ($3,000,000) | ($3,000,000) | ($3,000,000) | ($3,000,000) | ($2,550,000) | ($3,000,000) | ($3,000,000) | ($3,000,000) | ($3,000,000) | **($38,550,000)** |
| Inbound Freight | ($300,000) | ($300,000) | ($300,000) | ($300,000) | ($300,000) | ($300,000) | ($300,000) | ($300,000) | ($255,000) | ($300,000) | ($300,000) | ($300,000) | ($300,000) | **($3,855,000)** |
| Outbound Freight | ($200,000) | ($200,000) | ($200,000) | ($200,000) | ($200,000) | ($200,000) | ($200,000) | ($200,000) | ($200,000) | ($200,000) | ($170,000) | ($200,000) | ($200,000) | **($2,570,000)** |
| Rent - Real Estate | | | | | | | | | | | | | | |
|    Hubbard Ingredients (Bolckow) | ($25,000) | | | | ($25,000) | | | | ($25,000) | | | | ($25,000) | **($100,000)** |
|    Karbank (Kimball) | ($47,699) | | | | ($47,699) | | | | ($47,699) | | | | | **($143,096)** |
|    Borenich (1480 Vivion) | ($17,500) | | | | ($17,500) | | | | ($17,500) | | | | | **($52,500)** |
|    Borenich (1504 Vivion) | ($15,166) | | | | ($15,166) | | | | ($15,166) | | | | | **($45,498)** |
|    Gage Industrial (Pear Street) | ($13,020) | | | | ($13,020) | | | | ($13,020) | | | | | **($39,060)** |
| Richard, Dimas, Francisco payments | ($48,667) | | | | ($48,667) | | | | ($48,667) | | | | | **($146,000)** |
| Utilities | ($7,300) | ($11,200) | ($13,800) | ($16,200) | ($5,600) | ($15,000) | ($7,600) | ($20,500) | ($6,700) | ($7,100) | ($10,700) | ($24,200) | ($8,900) | **($154,800)** |
| Professional Fees | ($50,000) | | ($50,000) | | ($50,000) | | ($50,000) | | ($100,000) | | ($100,000) | | ($100,000) | **($500,000)** |
| Rail car rental | ($70,000) | | | | ($70,000) | | | | ($70,000) | | | | | **($210,000)** |
| Detention/Demurrage | ($40,000) | ($40,000) | ($40,000) | ($40,000) | ($40,000) | ($40,000) | ($40,000) | ($40,000) | ($40,000) | ($40,000) | ($40,000) | ($40,000) | ($40,000) | **($520,000)** |
| Customs and Warehousing | ($50,000) | ($50,000) | ($50,000) | ($50,000) | ($50,000) | ($50,000) | ($50,000) | ($50,000) | ($50,000) | ($50,000) | ($50,000) | ($50,000) | ($50,000) | **($650,000)** |
| Taxes | | | | | | | | | | | | | | |
| Outside Office Services (cleaning/trash/etc.) | ($1,700) | ($500) | ($500) | ($500) | ($1,700) | ($500) | ($500) | ($500) | ($1,700) | ($500) | ($500) | ($500) | ($500) | **($10,100)** |
| Dues, Fees, Bank Charges, Subscriptions | | | | ($5,000) | ($3,000) | | | | ($8,000) | | | | ($5,000) | **($21,000)** |
| Transload | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | **($260,000)** |
| Misc Operating Expenses | | | | | | | | | | | | | | |
|    Travel | | ($2,000) | | ($2,000) | ($24,000) | ($2,000) | | ($2,000) | | ($2,000) | | ($2,000) | ($24,000) | **($60,000)** |
|    Comptuer and Internet | ($17,000) | ($17,000) | ($17,000) | ($17,000) | ($17,000) | ($17,000) | ($17,000) | ($17,000) | ($17,000) | ($17,000) | ($17,000) | ($17,000) | ($17,000) | **($221,000)** |
|    Repairs and maintenance, supplies | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | **($130,000)** |
|    Plant services | ($12,000) | ($12,000) | ($12,000) | ($12,000) | ($12,000) | ($12,000) | ($12,000) | ($12,000) | ($12,000) | ($12,000) | ($12,000) | ($12,000) | ($12,000) | **($156,000)** |
| *Total Operating Disbursements* | ($3,945,051) | ($3,662,700) | ($3,713,300) | ($3,672,700) | ($3,970,351) | ($3,666,500) | ($3,707,100) | ($3,672,000) | ($3,507,451) | ($3,658,600) | ($3,730,200) | ($3,675,700) | ($3,812,400) | **($48,394,054)** |
| ***Operating Cash Flow*** | $754,949 | $1,037,300 | $986,700 | $1,027,300 | $729,649 | $958,500 | $992,900 | $1,028,000 | $1,192,549 | $1,041,400 | $19,800 | $1,024,300 | $887,600 | **$11,680,946** |
| **Other Disbursements** | | | | | | | | | | | | | | |
| *Related Party Transfers* | | | | | | | | | | | | | | |
| ROG Transfer - Payroll/Benefits | | ($1,000,000) | | ($800,000) | | ($800,000) | ($200,000) | ($800,000) | | ($800,000) | ($200,000) | ($800,000) | | **($5,400,000)** |
| Innovity Transfer - Weekly Rent | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | **($260,000)** |
| HFO Transfer - Operations | ($60,000) | ($60,000) | ($60,000) | ($60,000) | ($60,000) | ($60,000) | ($60,000) | ($60,000) | ($60,000) | ($60,000) | ($60,000) | ($60,000) | ($60,000) | **($780,000)** |
| HFO Transfer - Purdy Boys Debt | ($40,000) | ($40,000) | ($30,000) | ($90,000) | ($40,000) | ($40,000) | ($30,000) | ($90,000) | ($40,000) | ($40,000) | ($30,000) | ($90,000) | ($40,000) | **($640,000)** |
| Innovity Transfer - Debt Needs | | | | ($35,000) | | | | | ($35,000) | | | | ($35,000) | **($105,000)** |
| | | | | | | | | | | | | | | **$0** |
| *Total Related Party Transfers* | ($120,000) | ($1,120,000) | ($110,000) | ($1,005,000) | ($120,000) | ($920,000) | ($310,000) | ($970,000) | ($155,000) | ($920,000) | ($310,000) | ($970,000) | ($155,000) | **($7,185,000)** |
| *Finance Payments* | | | | | | | | | | | | | | |
| Farmers Union - Bi weekly | ($329,980) | | ($329,980) | | ($329,980) | | ($329,980) | | ($329,980) | | ($329,980) | | ($329,980) | **($2,309,863)** |
| Caterpillar (7) | ($6,374) | | | | | ($6,374) | | | ($6,374) | | | | | **($19,123)** |
| Ally Bank (11th) | | ($1,186) | | | ($1,186) | | | | | ($1,186) | | | | **($3,557)** |
| Caterpillar (2nd) | ($5,175) | | | | ($5,175) | | | | ($5,175) | | | | | **($15,525)** |
| Caterpillar (1st) | ($880) | | | | ($880) | | | | ($880) | | | | | **($2,641)** |
| Caterpillar (15th) | | ($2,738) | | | | | ($2,738) | | | | ($2,738) | | | **($8,215)** |
| CNHI (20th) | | | ($1,369) | | | | | | | | | | | **($1,369)** |
| Commercial Capital (3rd) | ($778) | | | | ($778) | | | | ($778) | | | | | **($2,334)** |
| De Lage Financial (21st) | | | ($938) | | | | | ($938) | | | | ($938) | | **($2,815)** |
| HYG Financial (1st) | ($416) | | | | ($416) | | | | ($416) | | | | | **($1,248)** |
| John Deere (20th) | | | ($2,921) | | | | | ($2,921) | | | | ($2,921) | | **($8,763)** |
| John Deere (28th) | | | | ($2,831) | | | | | ($2,831) | | | | ($2,831) | **($8,493)** |
| John Deere (26th) | | | | ($1,020) | | | | | ($1,020) | | | | ($1,020) | **($3,061)** |
| John Deere (28th) | | | | ($948) | | | | | ($948) | | | | ($948) | **($2,845)** |
| John Deere (29th) | | | | ($2,194) | | | | | ($2,194) | | | | ($2,194) | **($6,582)** |
| Wells Fargo (24th) | | | | ($590) | | | | ($590) | | | | ($590) | | **($1,769)** |
| Wells Fargo (21st) | | ($415) | | | | | | ($415) | | | | ($415) | | **($1,245)** |
| Wells Fargo (28th) | | | | ($246) | | | | ($246) | | | | ($246) | | **($738)** |
| Capital One (26th) | | | | ($596) | | | | ($596) | | | | | ($596) | **($1,789)** |
| John Deere (3rd) | ($1,690) | | | | ($1,690) | | | | ($1,690) | | | | | **($5,069)** |
| De Lage Financial (21st) | | | ($2,832) | | | | | ($2,832) | | | | ($2,832) | | **($8,497)** |

| | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| De Lage Financial (21st) | | | ($1,193) | | | | | | ($1,193) | | | ($1,193) | ($3,579) |
| CNHI (15th) | | ($2,016) | | | | | | ($2,016) | | | ($2,016) | | ($6,048) |
| CNHI (23rd) | | | ($2,587) | | | | | | ($2,587) | | | ($2,587) | ($7,760) |
| Byline (3rd) | ($10,377) | | | | ($10,377) | | | | ($10,377) | | | | ($31,132) |
| HP (21st) | | | ($895) | | | | | | ($895) | | | ($895) | ($2,685) |
| Caterpillar(12) | | ($1,149) | | | | ($1,149) | | | | | ($1,149) | | ($3,446) |
| Caterpillar (21) | | | ($2,666) | | | | | | ($2,666) | | | ($2,666) | ($7,999) |
| IPFS (Projected - renewal in July) | | | | | | | | | | | | ($150,000) | ($150,000) |
| | | | | | | | | | | | | | |
| *Total Finance Payments* | ($355,671) | ($7,089) | ($345,798) | ($8,426) | ($349,297) | ($8,709) | ($334,735) | ($15,880) | ($356,291) | ($7,560) | ($335,883) | ($165,284) | ($337,571) | ($2,628,192) |
| | | | | | | | | | | | | | |
| **Total Net Other Disbursements** | ($475,671) | ($1,127,089) | ($455,798) | ($1,013,426) | ($469,297) | ($928,709) | ($644,735) | ($985,880) | ($511,291) | ($927,560) | ($645,883) | ($1,135,284) | ($492,571) | ($9,813,192) |
| | | | | | | | | | | | | | |
| **Net Cash Flow w/ Pre-petition Debt Service*** | $279,278 | ($89,789) | $530,902 | $13,874 | $260,352 | $29,791 | $348,165 | $42,120 | $681,258 | $113,840 | ($626,083) | ($110,984) | $395,029 | $1,867,755 |

**Post-Filing Expense Reductions Resulting from Automatic Stay**

| | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debt service through Innovity (to FIB/Kompass) | | $10,000.00 | $20,000.00 | $55,000.00 | | $10,000.00 | $20,000.00 | $20,000.00 | $55,000.00 | | $10,000.00 | $20,000.00 | $55,000.00 | $275,000 |
| Reduce debt service on Equipment | $16,422.66 | $11,772.17 | $11,454.29 | $24,606.49 | $14,829.09 | $12,177.16 | $8,688.58 | $26,470.03 | $16,577.55 | $11,889.99 | $8,975.75 | $26,320.92 | $11,897.57 | $202,082 |
| Reduce debt service on Farmers | $329,980.42 | $ - | $329,980.42 | $ - | $329,980.42 | $ - | $329,980.42 | $ - | $329,980.42 | $ - | $329,980.42 | $ - | $329,980.42 | $2,309,863 |
| Eliminate Payroll Coverage for Cattle, Construction, & Hank/Roy | | $62,000.00 | | $62,000.00 | | $62,000.00 | | $62,000.00 | | $62,000.00 | | $62,000.00 | | $372,000 |
| Detention/Demurrage Reductions (from covering inventory cost as it arrives) | | | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $220,000 |
| TOTAL REDUCTIONS | $346,403.08 | $83,772.17 | $381,434.71 | $161,606.49 | $364,809.51 | $104,177.16 | $378,669.00 | $128,470.03 | $421,557.97 | $93,889.99 | $368,956.17 | $128,320.92 | $416,877.99 | $3,378,945 |

**Additions for Adequate Protection through Cash Collateral Order**

| | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US Trustee Fees | ($19,230.77) | ($19,230.77) | ($19,230.77) | ($19,230.77) | ($19,230.77) | ($19,230.77) | ($19,230.77) | ($19,230.77) | ($19,230.77) | ($19,230.77) | ($19,230.77) | ($19,230.77) | ($19,230.77) | ($250,000) |
| Debt Service - Old Vendors | ($125,000.00) | ($125,000.00) | ($125,000.00) | ($125,000.00) | ($125,000.00) | ($125,000.00) | ($125,000.00) | ($125,000.00) | ($125,000.00) | ($125,000.00) | ($125,000.00) | ($125,000.00) | ($125,000.00) | ($1,625,000) |
| Debt Service - FIB | ($43,750.00) | ($43,750.00) | ($43,750.00) | ($43,750.00) | ($43,750.00) | ($43,750.00) | ($43,750.00) | ($43,750.00) | ($43,750.00) | ($43,750.00) | ($43,750.00) | ($43,750.00) | ($43,750.00) | ($568,750) |
| Debt Service - Kompass | ($12,800.00) | ($12,800.00) | ($12,800.00) | ($12,800.00) | ($12,800.00) | ($12,800.00) | ($12,800.00) | ($12,800.00) | ($12,800.00) | ($12,800.00) | ($12,800.00) | ($12,800.00) | ($12,800.00) | ($166,400) |
| | | | | | | | | | | | | | | |
| **NET AFTER EXPENSE REDUCTIONS AND DEBT SERVICE** | $424,900.04 | ($206,797.26) | $711,556.37 | ($25,300.24) | $424,380.75 | ($66,812.23) | $526,053.49 | ($30,190.86) | $902,035.38 | $6,949.28 | ($457,908.02) | ($183,443.53) | $611,126.53 | $2,636,550 |
| | | | | | | | | | | | | | | |
| **CUMULATIVE CASH** | $424,900.04 | $218,102.77 | $929,659.14 | $904,358.90 | $1,328,739.65 | $1,261,927.42 | $1,787,980.91 | $1,757,790.05 | $2,659,825.42 | $2,666,774.70 | $2,208,866.68 | $2,025,423.15 | $2,636,549.68 | |

*Some Debt Service not included above, such as MCA payments and vacated property payment*