**SO ORDERED.**

**SIGNED this 13th day of May, 2026.**



_____
Dale L. Somers
United States Chief Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br><br>INTEGRATED PROTEINS LLC,<br><br>DEBTOR. | Case No. 26-20713-11 |
| IN RE:<br><br>NUTRIHUB LLC,<br><br>DEBTOR. | Case No. 26-20714-11 |
| IN RE:<br><br>HFO LOGISTICS LLC,<br><br>DEBTOR. | Case No. 26-20715-11 |

### INTERIM ORDER GRANTING AND AUTHORIZING IN PART DEBTOR INTEGRATED PROTEIN, LLC TO PAY PREPETITION CLAIM OF CERTAIN CRITICAL VENDORS: THE EMPLOYEES

Debtor Integrated Proteins LLC ("Debtor"), as debtor and debtor in possession (the "Debtor"), filed this Motion for Entry of Interim and Final Orders Authorizing the Debtor to Pay Prepetition Claims of Certain Critical Vendors and Continue Related Ordinary Course Business Relationships (the "Motion", doc. #30). A supplement to the Motion was filed on May 13, 2026,

UNITED STATES BANKRUPTCY COURT DISTRICT OF KANSAS
In re:   Integrated Proteins LLC – Case Nol 26-20713-11
In re:   NutriHub LLC – Case Nol 26-20714-11
In re:   HFO Logistics LLC – Case Nol 26-20715-11
**Order Granting Motion to Pay Critical Vendors as to Employees**
May 13, 2026
Page 2

identifying the amounts to be paid to each employee (the "Supplement", doc. # 59).  Expedited

Hearing was held on May 13, 2026, as to the Debtor's request to pay its employees through its

sister company, ResourceOne Global LLC.  Several parties appeared at the hearing (each party

appearing has indicated their approval on this order below), including but not limited to Robert

Haupt and David Prelle Eron appearing for the Debtor and Richard Kear appearing for the United

States Trustee.  After hearing, the Court GRANTS the Debtor's motion IN PART, as follows:

1.  Debtor is authorized to pay employee wages for May 15, 2026, payroll, in amounts

    similar to the amounts listed on the Supplement, with the following exceptions:

    a.  The executive employees identified as Employee ID 1 and 2 shall be paid no

        more than $17,150.00 each for their pre-petition salaries.

    b.  Listed employees that did not perform services for the Debtor and were merely

        being paid for benefits earned pre-petition such as paid time off may not be paid

        at this time.

    c.  Employees not performing work for the Debtor may not be paid by with the

        Debtor's funds.

2.  Further hearing on the balance of the relief requested in Debtor's Motion shall be held

    on May 14, 2026, at 1:45 P.M.

IT IS SO ORDERED

###

UNITED STATES BANKRUPTCY COURT DISTRICT OF KANSAS
In re:   Integrated Proteins LLC – Case Nol 26-20713-11
In re:   NutriHub LLC – Case Nol 26-20714-11
In re:   HFO Logistics LLC – Case Nol 26-20715-11
**Order Granting Motion to Pay Critical Vendors as to Employees**
May 13, 2026
Page 3

PRELLE ERON & BAILEY, P.A.
Attorneys for Debtor
*/s/ David Prelle Eron*
DAVID PRELLE ERON, #23429
JANUARY M. BAILEY, #23926
301 N. Main St., Suite 2000
Wichita, KS 67202
316-262-5500 / 316-262-5559 (fax)
david@eronlaw.net
jauary@eronlaw.net

APPROVED BY:

ILENE J. LASHINSKY,
UNITED STATES TRUSTEE
*By: /s/ Richard A. Kear*
RICHARD A. KEAR, #20724
Trial Attorney
301 N. Main St., Suite 1150
Wichita, KS 67202
202-573-6945 (phone)
Richard.Kear@usdoj.gov

SPENCER FANE
*/s/ Andrea Chase*
ANDREA CHASE, #26307
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
816-474-8100 / 816-474-3216 (fax)
achase@spencerfane.com
*Attorneys for Kompass Kapital Funding, LLC*

SANDBERG PHOENIX & von GONTARD P.C.
*/s/ Sharon L. Stolte*
Sharon L. Stolte, KS #14302
4600 Madison Avenue, Suite 1000
Kansas City, MO 64112
816-627-5332 / 816-627-5532 (Fax)
sstolte@sandbergphoenix.com

HAUPT LAW PC
Attorney for Debtor
*/s/ Robert J. Haupt*
ROBERT J. HAUPT, #28216
9393 W 110th Street, Suite 500
Overland Park, KS 66210
913-498-9390 / 405-706-9292
rhaupt@hauptlaw.com

LERNER HARRIS LAW
*/s/ Leib M. Lerner*
Leib M. Lerner (CA SBN 227323)
Admitted Pro Hac Vice
9350 Wilshire Blvd., Suite 203
Beverly Hills, CA 90212
Main: (310) 742-5590
Cell: (323) 683-6644
leib.lerner@lernerharris.com

STONE PIGMAN WALTHER WITTMANN LLC
*/s/ Bryant S. York*
Andrew D. Mendez (pro hac motion pending)
Bryant S. York (pro hac motion pending)
909 Poydras Street, Suite 3150
New Orleans, Louisiana  70112
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361
amendez@stonepigman.com
byork@stonepigman.com

ARMSTRONG TEASDALE LLP
*/s/ Erin M. Edelman*
Bruce D. LeMoine, KS #79338
Erin M. Edelman, KS #79339
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:  314.621.5070
Fax:  314.621.5065
blemoine@atllp.com
eedelman@atllp.com