# REVISED EXHIBIT A

**Integrated Proteins LLC Critical Vendors (5.6.26)**    (update prepared 5/13/26)

## Domestic - Product Material

| | | Approximate Amount Owed |
|---|---|---|
| Total - VEN0000035 American River Ag Inc | Domestic Supplier - Required to meet current production needs weekly | $ 1,172,265.30 |
| Total - VEN0000056 Badger Ingredients, Inc. | Domestic Supplier - Required to meet current production needs weekly | $ 2,380,385.01 |
| Total - VEN0000075 Boyer Valley Company | Domestic Supplier - Required to meet current production needs weekly | $ 131,754.66 |
| Total - VEN0000121 Commodity Services Inc. | 3rd Party Hauler - Critical for us to transport product | $ 3,896,680.93 |
| Total - VEN0000184 Farmers Union Industries, LLC | Domestic Supplier - Blending Material required to meet current production needs weekly - Farmer's also auto pulls weekly for a loan for past due balance. | $ 7,025,921.01 |
| Total - VEN0000482 Saint Paul Commodities, Inc | Domestic Supplier - Blending Material required to meet current production needs weekly | $ 243,178.49 |
| Total - VEN0000492 Schroeder Country Products | Domestic Supplier - Blending Material required to meet current production needs weekly | $ 8,061,186.18 |
| Total - VEN0000502 Seneca Trading, LLC | Domestic Supplier - Blending Material required to meet current production needs weekly | $ 4,109,398.85 |
| Total - VEN0000571 US Commodities, LLC. | Domestic Supplier - Required to meet current production needs weekly | $ 94,600.92 |
| Total - VEN6632358 CEREAL BYPRODUCTS COMPANY | Domestic Supplier - Required to meet current production needs weekly | $ 190,547.68 |

## International - Product Material

| | | |
|---|---|---|
| Total - VEN0000079 Brf S.A. | International Supplier pre-ordered material to meet current and future production needs weekly | $ 336,587.40 |
| Total - VEN0000102 CFS North America LLC | International Supplier pre-ordered material to meet current and future production needs weekly | $ 35,360.00 |
| Total - VEN0000192 Fletcher International Exports Pty LTD | International Supplier pre-ordered material to meet current and future production needs weekly | $ 595,677.50 |
| Total - VEN0000265 Jg Pears Commodities Limited | International Supplier pre-ordered material to meet current and future production needs weekly | $ 754,505.71 |
| Total - VEN0000310 Macafish S.A. | International Supplier pre-ordered material to meet current and future production needs weekly | $ 82,125.00 |
| Total - VEN6632377 Fiordo Austral | International Supplier pre-ordered blending material to meet current and future production needs weekly | $ 3,053,960.86 |
| Total - VEN6632486 Harinas de Andalucia SL | International Supplier pre-ordered blending material to meet current and future production needs weekly | $ 198,144.00 |
| Total - VEN6632568 CSF Proteins Pty Ltd. | International Supplier pre-ordered blending material to meet current and future production needs weekly | $ 655,934.95 |
| Total - VEN6632577 Faruni - Farinhas e Proteina Animal | International Supplier pre-ordered blending material to meet current and future production needs weekly | $ 62,116.61 |
| Total - VEN6632583 KVALITAPLUS | International Supplier pre-ordered blending material to meet current and future production needs weekly | $ 130,614.00 |

## Logisitic Services

| | | |
|---|---|---|
| Total - VEN0000004 24/7 Express Solutions LLC | 3rd Party Hauler - Needed for weekly transport | $ 83,600.00 |
| Total - VEN0000070 BNSF Railway | Rail Line used to transport to material | $ 260,327.53 |
| Total - VEN0000203 French Camp Transport | 3rd Party Hauler - Needed for weekly transport for West Coast | $ 311,500.00 |
| Total - VEN0000326 Mediterranean Shipping Company (USA) Inc. | Steamship Line - Detention, Demurrage, Import Costs, etc. | $ 86,594.37 |
| Total - VEN0000526 Steam Logistics, LLC | 3rd Party Hauler as a back up to Commodity Services when they aren't able to Haul Product. | $ 218,495.54 |
| Total - VEN0000566 Union Pacific Railroad | Rail Line used to transport to material | $ 701,815.82 |
| Total - VEN0000627 Hapag-Lloyd (America) LLC. | Steamship Line - Detention, Demurrage, Import Costs, etc. | $ 62,232.35 |
| Total - VEN6632456 Maersk | Steamship Line - Detention, Demurrage, Import Costs, etc. | $ 19,001.04 |

## Warehouse/Brokerage/Tarriffs/Transloading

| | | |
|---|---|---|
| Total - VEN0000153 DFI INC | Transloading Company to railcars | $ 65,476.42 |
| Total - VEN0000164 Dunning Express Inc | Part of DFI transloading to railcars and fumigations | $ 7,106.11 |
| Total - VEN0000214 Greenbrier Leasing Company LLC | Rail Car Leasing Company | $ 20,169.79 |
| Total - VEN0000576 Vance Partners, LLC | Warehouse on East Coast - Send product by request for Diamond. | $ 122,882.55 |
| Total - VEN6632472 Kuehne & Nagel S.A | 3rd Party Brokerage Firm to handle all of our International Loads | $ 111,523.75 |
| Total - VEN6632668 Flexport Inc. | 3rd Party Brokerage Firm to handle all of our International Loads | $ 15,571.50 |
| Total - VEN6632674 Rail Partners Select LLC | Rail Car Leasing Company | $ 19,400.00 |
| Total - VEN6632700 US Customs and Border Protection Revenue Division | Tariff Import Costs for International Shipments | $ 606.40 |

## Misc Services

| | | |
|---|---|---|
| Total - VEN0000042 Asset Management Group | Kimball Facility Rent | $ 22,277.46 |
| Total - VEN0000101 Central Bag Company | Company that we purchase our Super Sacks and Tote | $ 7,682.50 |
| Total - VEN0000194 Foley Industries | Plant Equipment - Rentals and Repairs | $ 40,182.43 |
| Total - VEN0000227 Heartland Scales & Guidance | Plant Equipment-For Scaling in/out Trucks | $ 11,922.00 |
| Total - VEN0000322 McAnany Oil Company, Inc. | Oil and Propane needed at the Facilities for Equipment, Compressors, etc. | $ 3,112.73 |
| Total - VEN0000348 MP Biomedicals, LLC | Plant Lab Supplies required for testing each load in/out of facility to meet specs. | $ 45,481.88 |
| Total - VEN0000362 NewBOS Partners LLC | Costs related to the ERP Software specifically for commodities and inventory tracking - Feeds into our Financial ERP System | $ 61,008.78 |
| Total - VEN0000391 Peerless Technology Solutions | Costs related to our IT Software to maintain compliance | $ 626.96 |
| Total - VEN0000407 Presto-X | Pest Control required at all locations | |

Added 5/13/2026

| | | |
|---|---|---|
| Wildcat Logistics LLC | Essential Transportation Company | $ 104,051.88 |

| | | |
|---|---|---|
| **TOTAL LISTED** | | **$ 35,509,542.97** |

Removed from Prior List

| | | |
|---|---|---|
| Total - VEN0000118 CNHI Capital | Loans for Plant Equipment | Secured Creditor-Not Vendor |
| Total - VEN0000125 Cottingham & Butler | Insurance Carrier | not listed |
| Total - VEN6632397 Oracle America, Inc. | Quarterly Costs related to the Financial ERP Software | not listed |
| Total - VEN0000253 IP Pathways | IT Software | |