U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
5/14/2026
Hon. Dale L. Somers, Presiding

1:45 PM

_____

Case Information:
        26-20713 Integrated Proteins, LLC    Chapter: 11

Judge: DLS   Filed: 05/06/2026    Pln Confirmed:

_____

Appearances:
        ✓ David T Prelle Eron and January M Bailey and ✓ Robert J Haupt
representing Integrated Proteins, LLC (Debtor)
        ✓ Richard A Kear representing US. Trustee
        ✓ Andrea Chase representing Kompass Kapital Funding, LLC
        ✓  Bradley D McCormack representing Hubbard Ingredients, LLC
        ✓ Gregg Todd, Erin Edelman and ✓ Bruce LeMoine representing First
Interstate Bank
        ✓ Sharon Stolte representing Schroeder Country Products
        ✓ Leib Lerner and ✓ Harris representing Harper Advance LLC
        ✓ Jacob Van Ausdall representing Blue Rock Counsel
        Bennett Young and ✓ Christopher Whang representing American River Ag
        ✓ David Payne Chief Restructuring Officer
        ✓ Mark Platt representing Prairie Pet Food Ingredients LLC and Open
Range Agriculture, LLC
        Jeffrey Cianciulli representing Webbank
        Robert Baran representing Innovity Ventures LLC
        ✓ Bryant York representing Spring Funding LLC
        ✓ Steven Solomon present Vance Partners and Wildcat Logistics
        ✓ James Schmidt representing Badger Ingredients
        ✓ Nick Grillot representing Joe Hubbard

_____

Issue(s):
        [30]  Motion to Make Payments for Critical Vendors. Filed on behalf of
Debtor Integrated Proteins, LLC, with Certificate of Service.

        [31] **PRELIMINARY HEARING** Motion to Use Cash Collateral.  Filed on
behalf of Debtor Integrated Proteins, LLC (Attachments: # 1 Exhibit List of Liens
# 2 Exhibit Receivables # 3 Exhibit Deposits # 4 Exhibit Inventory # 5 Exhibit
Budget # 6 Exhibit FIB Lien Docs # 7 Exhibit Kompass Lien Docs # 8 Exhibit
Proposed Order), with Certificate of Service.

Courtroom Deputy: Nicole Sillings/Mindy Senne
ECRO Reporter:  Dana Colombo

Notes/Decision: **Parties announce they have reached an agreed interim order that is circulating on the cash collateral motions in each of the three related cases. Regarding the critical vendors motion, Mr. Eron provided proffer of David Payne, debtor's Chief Restructuring Officer. The Court accepts the proffer. US Trustee provided the only remaining opposition to the critical vendors motion regarding payments made to only some of the debtor's unsecured creditors. The Court grants the motion. Debtor's attorney will circulate the order and obtain approval from the interested parties. Final hearing scheduled for 06/11/2026 at 1:45 pm.**

Courtroom Deputy: Nicole Sillings/Mindy Senne
ECRO Reporter:  Dana Colombo