Alliance Group Limited
L 3 51 Don Street
9810 Southland
New Zealand
Invercargill9810


Asset Panda
PO Box 679157
Dallas TX 75267


Baldwin and Vernon Trial Attorneys
108 S Pleasant St
Independence MO 64050


Balie Stamps
1747 South 105 Terrace
Edwardsville KS 66111


BCB Electrical LLC
3506 Luella Ave
Deer Park TX 77536


Bison Logistics Forwarding LLC
29 Woodswether Rd
Kansas City KS 66118


Blue Bastion
800 Regis Ave
Pittsburgh PA 15236


CBRE Inc
Location Code 2605
PO BOX 15531
Chicago IL 60696


Chads Complete Lawn Care  Tree Service
703 N 10th
Savannah MO 64485


Chase Howell
308 West Oak Street

Skidmore MO 64487


Circle Logisitics Inc
PO BOX 8067
Fort Wayne IN 468988067


Cullum  Brown of Kansas City Inc
1001 NW Technology Dr
Lees Summit MO 64086


Dan Duron
PO Box 19145
Lenexa KS 66285


DFI Rail Solutions
1910 Roseport Road
Elwood KS 66024


Empro Europe
Vosmeer STG 22
Dendermonde 9200
Belgium


ESCREEN INC
PO BOX 734764
Dallas TX 75373


Face Designs
1507 S 33rd St
St Joseph MO 64507


Fairview Express LLC
604 Nemaha St
Seneca KS 66538


FEDlogic LLC
210 S Cherry St Ste 100
Winston Salem NC 271015384


Gus Psihountas

7150 Lackman Rd Apt 601
Lenexa KS 66217


HDW Transport
1800 Pirates Cove
Modesto CA 95355


IP Pathways
3600 109th Street
Urbandale IA 50322


Jamf Software LLC
100 Washington Ave S Ste 900
Minneapolis MN 55401


Jasons Foods Inc
208 E Helen Rd
Palantine IL 60067


KAW Services Inc
9100 W Liberty Drive
Pleasant Valley MO 64068


Kemin Industries Inc
1900 Scott Avenue
PO Box 70
Des Moines IA 50317


Kevin Sexton
13926 County Rd 6910
Caulfield MO 65626


Koffmann Industries LLC
11027 S Pikes Peak Dr #205
Parker CO 80138


Kurtz  Buck LLC
1201 NW Briarcliff Pkwy
Kansas City MO 64116

Latocha Coppage
3438 Askew Ave
Kansas City MO 64128


LS Nexus LLC
3349 Southgate Ct SW #102
Cedar Rapids IA 52404


MCassab Comercio e Industria LTDA
R Joao Batista dos Santos
2000 Rifaina Sao Paulo 14490000
Brazil


Monett Door
2020
6720 Farm Rd
Monett MO 65708


Motive
55 Hawthorne St
San Francisco CA 94105


MRAG Americas Inc
8950 Martin Luther King Jr St N Suite 202
Saint Petersburg FL 33702


Ninja One
3687 Tampa Rd Ste 200
Oldsmar FL 34677


Northwestern Mutual Life Insurance
720 East Wisconsin Ave
Milwaukee WI 532024797


Oracle America Inc
500 Oracle Parkway
Redwood Shores CA 94065


PV House Cleaning LLC
418 N 17th St
Kansas City KS 66102

PaperCut Software Pty Ltd
Level 1
3 Prospect Hill Road
Camberwell VIC 3124 Australia


Pioneer Material Inc
3910 Waterworks Road
St Joseph MO 64505


PrestoX
4102 NW Riverside Street
Riverside MO 641509668


Procurify Technologies Inc
Vancouver
BC V7Y
701 West Georgia Street Ste 1500
C16


Purina Animal Nutrition LLC
13639 Collections Center Drive
Chicago IL 60693


Recovery Management Corporation
3236 Noland Road
Independence MO 64055


Snowflake Inc
PO Box 734951
Dallas TX 75373


STIM LLC
4300 W 87th Terr
Prairie Village KS 66207


T  T Enterprise Group LLC
501 W County St
Monett MO 65708

Tenstreet LLC
120 W 3rd Street
Tulsa OK 74103


Titan Monitoring
9350 Metcalf Ave
Overland Park KS 66212


Umlaut Industrial LLC
3253 E Chestnut Expy #1
Springfield MO 65802


United States Treasury Department
PO Box 742562
Cincinnati OH 45280


Videmschek Property Management and Landscaping
12818 Farm Road 1060
Cassville MO 65625


WATT Global Media
401 E State Street
3rd Floor
Rockford IL 61104


White Electric
10730 State HWY C
Monett MO 65708