| | |
|---|---|
| IN RE:<br><br>INTEGRATED PROTEINS LLC<br><br>       DEBTOR. | Case No. 26-20713-11<br><br>**LEAD CASE**<br>*Jointly administered with cases below* |
| IN RE:<br>NUTRIHUB LLC<br>       DEBTOR. | Case No. 26-20714-11 |
| IN RE:<br>HFO LOGISTICS LLC<br>       DEBTOR. | Case No. 26-20715-11 |

## RESERVATION OF RIGHTS OF HARPER ADVANCE, LLC TO DEBTOR'S MOTION TO USE CASH COLLATERAL

Harper Advance, LLC ("Harper"), by and through its undersigned counsel, hereby files its reservation of rights to the Cash Collateral Motion [Doc. 31] ("Motion") filed by Debtors Integrated Proteins LLC ("IP"), NutriHub LLC ("Nutrihub"), and HFO Logistics LLC ("HFO") (collectively, the "Debtors"), as follows:

As this Court is aware, after Harper's objection to the Debtors' Motion and initial proposed order, the Debtors, First Interstate Bank, Kompass Kapital Funding, LLC, Harper and Spring Funding FL, LLC reached agreement on an interim order after numerous hours of effort. *See* Interim Cash Collateral Order [Doc. 72] ("Interim Order"). Harper is informed and believes that as of this filing, no other party that claims an interest in Debtor's cash has stepped forward to comment upon or take a position with respect to the Motion. Harper has communicated with the above-mentioned interested parties and understands that all are in agreement, as is Harper, to "roll" the interim order into a further interim order for sixty to ninety days, on the same terms, conditions, and budget set forth therein. Harper hereby reserves its rights to respond and object, if necessary, in the event that any party files an objection or attempts to materially alter the terms of a continued interim order that differs from the bargained for terms and conditions of the Interim Order.

1

Dated: June 5, 2026

By: /s/ *Leslie A. Kulick*
Leslie A. Kulick (Kansas Bar No. 10122)
LAW OFFICES OF LESLIE A. KULICK
11117 Juniper Drive
Leawood, KS 66211
Tel: (913) 481-7927
Email: kulicklaw@gmail.com

   -and-

Leib M. Lerner, CA Bar No. 227323
*Admitted Pro Hac Vice*
Douglas J. Harris, CA Bar No. 329946
*Admitted Pro Hac Vice*
LERNER HARRIS LAW
9350 Wilshire Blvd., Suite 203
Beverly Hills, CA  90212
Telephone: (310) 742-5590
Email: leib.lerner@lernerharris.com
Email: douglas.harris@lernerharris.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2026, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system. I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties who are authorized to receive electronically Notices of Electronic Filing in this bankruptcy case.

/s/ *Leslie A. Kulick*
Leslie A. Kulick, Esq.

3