**SO ORDERED.**

**SIGNED this 18th day of June, 2026.**



*Dale L. Somers*
Dale L. Somers
United States Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br><br>INTEGRATED PROTEINS LLC<br><br>              DEBTOR. | Case No. 26-20713-11-DLS<br>**LEAD CASE**<br>*Jointly Administered with cases below* |
| IN RE:<br>NUTRIHUB LLC<br>              DEBTOR. | Case No. 26-20714-11 |
| IN RE:<br>HFO LOGISTICS LLC<br>              DEBTOR. | Case No. 26-20715-11 |
| IN RE:<br>INNOVITY VENTURES LLC<br>              DEBTOR. | Case No. 26-20800-11 |
| IN RE:<br>HUBBARD INGREDIENTS LLC<br>              DEBTOR. | Case No. 26-20802-11 |

## ORDER AND NOTICE OF EXPEDITED/EMERGENCY
## HEARING WITH SHORTENED NOTICE

IT IS HEREBY ORDERED that Debtors' Application for EXPEDITED/Emergency

Hearing with Shortened Notice is hereby GRANTED; Therefore,

YOU ARE HEREBY NOTIFIED THAT **Hearing will be held remotely by WEBEX on Monday, June 22, 2026 at 1:30 p.m. (Central Time) before the Honorable Dale L. Somers**, regarding the following Motion:

A.  Motion of the Debtors for Entry if an Order Authorizing the Debtors to Enter into Insurance Premium Finance Agreements and to Provide Adequate Protection.

If you fail to appear at the hearing and make an objection, the referenced motion may be granted without further notice.

To appear by video for the hearing, the link for the WEBEX hearing is https://us-courts.webex.com/us-courts/j.php?MTID=m7a5636c1a0875e4414a01f24ec970db5.  To appear by phone, dial 1-855-244-8681, participant access code 2307 168 9263 #.  If prompted for attendee number, press #.  This information is also available at:

https://www.ksb.uscourts.gov/remoteappearances/.

**IT IS SO ORDERED**
**# # #**

**Respectfully Submitted by:**

PRELLE ERON & BAILEY, P.A.
*Attorneys for Debtors*

/s/ David Prelle Eron
David Prelle Eron, #23429
January M. Bailey, #23926
301 N. Main St., Suite 2000
Wichita, KS 67202
316-262-5500 / 316-262-5559 (fax)
david@eronlaw.net
january@eronlaw.net

HAUPT LAW PC
*Attorneys for Debtors*

/s/ Robert J. Haupt
ROBERT J. HAUPT, #28216
9393 W 110th Street, Suite 500
Overland Park, KS 66210
913-498-9390 / 405-706-9292
rhaupt@hauptlaw.com