**SO ORDERED.**

**SIGNED this 18th day of June, 2026.**



_Dale L. Somers_
Dale L. Somers
United States Bankruptcy Judge

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br><br>INTEGRATED PROTEINS LLC<br><br>        DEBTOR. | Case No. 26-20713-11-DLS<br>**LEAD CASE**<br>_Jointly Administered with cases below_ |
| IN RE:<br>NUTRIHUB LLC<br>        DEBTOR. | Case No. 26-20714-11 |
| IN RE:<br>HFO LOGISTICS LLC<br>        DEBTOR. | Case No. 26-20715-11 |
| IN RE:<br>INNOVITY VENTURES, LLC<br>        DEBTOR. | Case No. 26-20800-11 |
| IN RE:<br>HUBBARD INGREDIENTS, LLC<br>        DEBTOR. | Case No. 26-20802-11 |

### ORDER EXTENDING BAR DATE FOR FILING OF
### PROOFS OF CLAIM AND PROOFS OF INTEREST,
### AND DIRECTING NOTICE

Upon the Motion of proposed counsel for the Official Committee of Unsecured Creditors

(application pending), the Court extends the previous deadline of June 29, 2026 set for filing of

Proofs of Claim and Proofs of Interest in bankruptcy cases Case Nos. 26-20713, 26-20714, and

26-20715 (Doc. 110) to make the filing deadline the same in all of the above-captioned jointly-administered cases.

Therefore, Proofs of Claim and Proofs of Interest in the above-captioned matters shall be filed no later than, and including August 15, 2026 with the exception of claims of Governmental Units, which shall be filed not later than, and including November 9, 2026. Notice of the Bar Date shall be mailed by Debtors to all known creditors and other parties in interest not later than three days from the entry date of this Order, in substantially the form attached hereto as Exhibit A.

**IT IS SO ORDERED**

Dated: June 18, 2026
  Wichita, Kansas

Respectfully submitted,

*/s/ Samantha M. H. Woods*
Samantha M. H. Woods #25929
William R. Griffin, #30549
MARTIN PRINGLE ATTORNEYS AT LAW
645 E. Douglas, Suite 100
Wichita, KS 67202
Telephone: (316) 265-9311
Email: smwoods@martinpringle.com
  wrgriffin@martinpringle.com
*Proposed Counsel to the Official Committee of*
*Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**

| IN RE:<br><br>INTEGRATED PROTEINS LLC<br><br>DEBTOR. | Case No. 26-20713-11-DLS<br>**LEAD CASE**<br>*Jointly Administered with cases below* |
|---|---|
| IN RE:<br>NUTRIHUB LLC<br>DEBTOR. | Case No. 26-20714-11 |
| IN RE:<br>HFO LOGISTICS LLC<br>DEBTOR. | Case No. 26-20715-11 |
| IN RE:<br>INNOVITY VENTURES, LLC<br>DEBTOR. | Case No. 26-20800-11 |
| IN RE:<br>HUBBARD INGREDIENTS, LLC<br>DEBTOR. | Case No. 26-20802-11 |

**NOTICE OF DEADLINE FOR FILING PROOFS OF**
**CLAIM AND PROOFS OF INTEREST**

NOTICE IS HEREBY GIVEN that on _____, 2026, the United States Bankruptcy Court entered an order in the above-captioned case requiring all creditors and parties in interest, whose claims who have not previously been barred by previous order of the Bankruptcy Court, who have or may have or assert or may assert any claim against the above-captioned Debtor, its property and bankruptcy estate, including, but not limited to any claim secured by any lien, security interest or encumbrance, and any claim arising from the rejection of an executory contract or unexpired lease, **is required to file a Proof of Claim either electronically at https://www.ksb.uscourts.gov/epoc or in-person or by mail with the Clerk of the United States Bankruptcy Court at US Courthouse, Robert J. Dole Courthouse, 500 State Avenue, Rm. 144, Kansas City, KS 66101 on or before August 15, 2026**, with the exception of claims of Governmental Units, which shall be filed not later than November 9, 2026.

1

Section 1111 of the United States Bankruptcy Code provides that a Proof of Claim is deemed filed for any claim which appears in the schedules filed in this case by the Debtor unless it is scheduled as disputed, contingent or unliquidated as to amount. The Debtor's bankruptcy schedules may be examined at the office of the Clerk of the Bankruptcy Court listed in the preceding paragraph.

A claim is statutorily defined as:

a) "right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or

b) right to an equitable remedy for breach of performance of such breach gives rights to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, mature or unmatured, disputed, undisputed, secured or unsecured."

Responsibility for reviewing the schedules and statement of affairs to determine how a particular claim or interest is listed lies with the claimant or interest holder.

YOU ARE HEREBY NOTIFIED THAT, PURSUANT TO THE TERMS OF THE ORDER OF THE BANKRUPTCY COURT, ANY CREDITOR AND ANY PARTY IN INTEREST REQUIRED TO FILE A PROOF OF CLAIM OR PROOF OF INTEREST, BUT FAILING TO DO SO BY THE DATE SET OUT ABOVE, SHALL BE FOREVER BARRED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTOR'S BANKRUPTCY ESTATE AND SHALL NOT PARTICIPATE IN ANY DISTRIBUTION PURSUANT TO ANY PLAN OR PLANS OF REORGANIZATION WHICH MAY BE CONFIRMED IN THIS CASE.

**IT IS SO ORDERED.**
### #

2

**Respectfully Submitted by:**

PRELLE ERON & BAILEY, P.A.
*Attorneys for Debtors*

/s/ David Prelle Eron
David Prelle Eron, #23429
January M. Bailey, #23926
301 N. Main St., Suite 2000
Wichita, KS 67202
316-262-5500 / 316-262-5559 (fax)
david@eronlaw.net
january@eronlaw.net

HAUPT LAW PC
*Attorneys for Debtors*

/s/ Robert J. Haupt
ROBERT J. HAUPT, #28216
9393 W 110th Street, Suite 500
Overland Park, KS 66210
913-498-9390 / 405-706-9292
rhaupt@hauptlaw.com