# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re: | Case No. 26-20713-11 |
| INTEGRATED PROTEINS LLC, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

## FIRST INTERSTATE BANK'S LIMITED OBJECTION TO THE PROPOSED RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL AND PROVINCE LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

COMES NOW First Interstate Bank ("FIB"), by and through its undersigned counsel, and for its Limited Objection to the Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of McDermott Will & Schulte LLP as Counsel, Effective as of May 28, 2026 [Docket No. 163] ("McDermott Retention Application") and the Application for Entry of an Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of May 29, 2026 [Docket No. 167] ("Province Retention Application") and respectfully states as follows:

FIB hereby submits this limited objection to the McDermott Retention Application and to the Province Retention Application. The Official Committee of Unsecured Creditors (the "Committee") seeks to retain McDermott Will & Schulte LLP ("McDermott") as lead counsel to the Committee and Province LLC as financial advisor to the Committee. In its Retention Application, McDermott discloses that its standard hourly rates for professionals working on these cases will be as follows: $1,700-$2,795 (Partners/Counsel); $1,125-$1,595 (Associates); and $325-$1,465 (Non-Lawyer Professionals) [Docket No. 163]. Province's current standard hourly

rates are as follows: $900-$1,600 (Managing Directors and Partners); $700-$1,050 (Vice Presidents, Directors, and Senior Directors); $370-$750 (Analysts, Associates, and Senior Associates); and $270-$380 (Paraprofessional/Admin/Interns) [Docket No. 167]. In addition to McDermott and Province, the Committee also seeks to retain Martin Pringle as local counsel to the Committee [Docket No. 214].

In their Status Report, the Debtors budget approximates $1,500,000 total in professional fees, which includes the Committee's proposed professionals [Docket No. 166]. FIB understands the Committee's desire to retain competent, well-qualified professionals, and FIB does not dispute McDermott's and Province's qualifications and capabilities. However, due to McDermott's and Province's standard hourly rates and Debtors' budget constraints, FIB has concerns that these chapter 11 cases and the Debtors' operations cannot support the anticipated fee burn of the Committee's proposed professionals. The retention of the Committee's professionals should not put these chapter 11 cases at risk of administrative insolvency nor jeopardize the Debtors' chances of successful reorganization. Moreover, the Committee will presumably request that FIB's (and other lenders') cash collateral be used to pay for the Committee's professional fees. If the Court approves the retention of the Committee's proposed professionals, the Committee's professionals must adhere to a strict weekly budget, which should be subject to FIB's prior review and approval. If McDermott's and Province's retentions are ultimately approved by the Court, FIB reserves the right to object to any future monthly fee statement, interim fee application, final fee application, and/or payment of fees from FIB's cash collateral.

June 22, 2026

Respectfully submitted,

ARMSTRONG TEASDALE LLP

By: */s/ Bruce D. LeMoine*
Bruce D. LeMoine
(Kansas District Court #79338)
Erin M. Edelman
(Kansas District Court #79339)
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone: 314.621.5070
Fax: 314.621.5065
blemoine@atllp.com
eedelman@atllp.com

ATTORNEYS FOR FIRST INTERSTATE
BANK.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded on the 22nd of June 2026 by electronic means on all parties on the Court's ECF notice list.

*/s/ Bruce D. LeMoine*

3