**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In re: Integrated Proteins, LLC,

       Case No. 26-20713-11

    Debtor        Jointly Administered – Lead Case

_____

In re: Nutrihub, LLC,

       Case No. 26-20714-11

    Debtor

_____

In re: HFO Logistics, LLC

       Case No. 26-20715-11

    Debtor.

_____

In re: Innovity Ventures, LLC,

       Case No. 26-20800-11

    Debtor

_____

In re: Hubbard Ingredients, LLC

       Case No. 26-20802-11

    Debtor.

---

**Notice of Continuance of the Meeting of Creditors**

---

On June 23, 2026, the scheduled meeting of creditors was called in each case. The U.S. Trustee has continued the meetings telephonically to:

July 22, 2026, at 1:30 P.M.

1

Please call **1-888-330-1716** and use passcode
**7221770#**


Respectfully submitted,

ILENE J. LASHINSKY,
UNITED STATES TRUSTEE

By: s/Richard A. Kear
Richard A. Kear, #20724
Trial Attorney
301 N. Main St., Suite 1150
Wichita, KS 67202
(202) 573-6945
Richard.Kear@usdoj.gov


**Certificate of Service**

I certify that on June 24, 2026, a true and correct copy of this Notice
was electronically filed with the Court using the CM/ECF system, which
sends notice to all parties of interest participating in the CM/ECF
system.

s/Richard A. Kear

2