**SO ORDERED.**

**SIGNED this 29th day of June, 2026.**



_____Dale L. Somers_____
Dale L. Somers
United States Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br><br>INTEGRATED PROTEINS LLC<br><br>          DEBTOR. | Case No. 26-20713-11-DLS<br>**LEAD CASE**<br>*Jointly Administered with cases below* |
| IN RE:<br>NUTRIHUB LLC<br>          DEBTOR. | Case No. 26-20714-11 |
| IN RE:<br>HFO LOGISTICS LLC<br>          DEBTOR. | Case No. 26-20715-11 |
| IN RE:<br>INNOVITY VENTURES LLC<br>          DEBTOR. | Case No. 26-20800-11 |
| IN RE:<br>HUBBARD INGREDIENTS LLC<br>          DEBTOR. | Case No. 26-20802-11 |

## ORDER GRANTING MOTION TO PROVIDE ADEQUATE PROTECTION TO AMERICAN RIVER AG, INC.

The Motion to Provide Adequate Protection to American River Ag, Inc. ("ARA") was filed

with the Court on June 12, 2026 as Doc. 190 ("Motion") by Debtors Integrated Proteins LLC

("IP"), NutriHub LLC ("Nutrihub"), and HFO Logistics LLC ("HFO") (collectively "Debtors"),

1

through their counsel David Prelle Eron of Prelle Eron & Bailey, P.A. and Robert J. Haupt of Haupt Law PC, with service being duly and properly served on the same day. The objection deadline of June 26, 2026 has passed without proper written objection filed with the clerk of the Bankruptcy court, therefore no hearing will be held. Based upon the Motion and the record herein, the Court orders that:

1. The Motion shall be and hereby is GRANTED.

2. The post-petition transactional Memorandum of Understanding (the "MOU") dated June 8, 2026 between IP and ARA is approved.

3. Pursuant to the MOU, ARA is hereby provided and authorized to receive:

a. a replacement lien on inventory acquired post-petition and stored at ARA's facility, in all respects equal to the nature, extent, validity, and priority as existed on the Petition Date;

b. an obligation by IP to maintain the ARA Inventory held by ARA at a value of not less than one hundred twenty per cent (120%) of the Pre-Petition Claim;

c. a reservation of ARA's right to assert an administrative claim under Section 503(b) for any diminution in the value of ARA's lien on the ARA Inventory from and after the Petition Date, to the extent that such diminution impairs the secured amount of the Pre-Petition Claim;

d. payment of post-petition charges on a "net 15" basis; and,

e. a weekly payment of $17,500.00 (the "Pre-Petition Payment"), which shall be applied solely to reduce the unpaid balance of the Pre-Petition Claim, together with post-petition interest at the rate of 10% per annum, costs, expenses, and reasonable attorneys' fees. The weekly

2

Pre-Petition Payment is in addition to, and shall not reduce, replace, defer, or impair Debtors' obligation to pay all post-petition invoices due to ARA.

4.      The foregoing is only a summary of the terms of the MOU.  The entire MOU, attached to the Motion as "Exhibit 2," is approved.

5.      This Order is without prejudice to Debtors, ARA, or any other party subsequently filing a motion to modify the adequate protection provided to ARA, but any subsequent modification shall not have any effect on the adequate protection previously provided to ARA hereunder.

6.      In exchange for the MOU, ARA shall a) continue providing goods and services post-petition, and b) release the ARA Inventory (as defined in the Motion) pursuant to the terms of the MOU.

**IT IS SO ORDERED.**
# # #

**Submitted by:**

PRELLE ERON & BAILEY, P.A.
*Attorneys for Debtors*

/s/ David Prelle Eron
David Prelle Eron, #23429
January M. Bailey, #23926
301 N. Main St., Suite 2000
Wichita, KS 67202
316-262-5500 / 316-262-5559 (fax)
david@eronlaw.net
january@eronlaw.net

HAUPT LAW PC
*Attorneys for Debtors*

 /s/ Robert J. Haupt
ROBERT J. HAUPT, #28216
9393 W 110th Street, Suite 500
Overland Park, KS 66210
913-498-9390 / 405-706-9292
rhaupt@hauptlaw.com

3