**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS**

In re: Integrated Proteins, LLC,

     Debtor

_____

In re: Nutrihub, LLC,

     Debtor

_____

In re: HFO Logistics, LLC

     Debtor.

_____

In re: Innovity Ventures, LLC,

     Debtor

_____

In re: Hubbard Ingredients, LLC

     Debtor.

Case No. 26-20713-11
Jointly Administered – Lead Case

Case No. 26-20714-11

Case No. 26-20715-11

Case No. 26-20800-11

Case No. 26-20802-11

_____

**Notice of Continuance of the Meeting of Creditors**

_____

On July 22, 2026, the scheduled meeting of creditors was called in each case. The U.S. Trustee has continued the meetings telephonically to:

August 25, 2026, at 1:30 P.M.

1

Please call **1-888-330-1716** and use passcode **7221770#**


Respectfully submitted,

ILENE J. LASHINSKY,
UNITED STATES TRUSTEE

By: s/Richard A. Kear
Richard A. Kear, #20724
Trial Attorney
301 N. Main St., Suite 1150
Wichita, KS 67202
(202) 573-6945
Richard.Kear@usdoj.gov


### Certificate of Service

I certify that on July 24, 2026, a true and correct copy of this Notice was electronically filed with the Court using the CM/ECF system, which sends notice to all parties of interest participating in the CM/ECF system.

s/Richard A. Kear

Case 26-20713    Doc# 271    Filed 07/24/26    Page 2 of 2