**SO ORDERED.**

**SIGNED this 24th day of July, 2026.**



_Dale L. Somers_
Dale L. Somers
United States Bankruptcy Judge

---

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br><br>INTEGRATED PROTEINS LLC<br><br>   DEBTOR. | Case No. 26-20713-11-DLS<br>       **LEAD CASE**<br>_Jointly Administered with cases below_ |
| IN RE:<br>NUTRIHUB LLC<br>   DEBTOR. | Case No. 26-20714-11 |
| IN RE:<br>HFO LOGISTICS LLC<br>   DEBTOR. | Case No. 26-20715-11 |
| IN RE:<br>INNOVITY VENTURES LLC<br>   DEBTOR. | Case No. 26-20800-11 |
| IN RE:<br>HUBBARD INGREDIENTS LLC<br>   DEBTOR. | Case No. 26-20802-11 |

### ORDER GRANTING MOTION TO PROVIDE ADEQUATE PROTECTION TO VANCE PARTNERS, LLC/WILDCAT LOGISTICS

This matter comes before the Court on the Motion to Provide Adequate Protection to Vance Partners, LLC/Wildcat Logistics, Doc. 241 (the "Motion"). The Motion was properly noticed, along with a Notice of Hearing, Doc. 242, to all parties in interest. The U.S. Trustee

filed an objection prior to hearing at Doc. 252, and hearing was held on July 15, 2026. January M. Bailey of Prelle Eron & Bailey and Robert J. Haupt of Haupt Law, appeared on behalf of Debtors Integrated Proteins LLC ("IP"), NutriHub LLC ("Nutrihub"), and HFO Logistics LLC ("HFO") (collectively "Debtors"). Richard A. Kear appeared on behalf of the U.S. Trustee. Steven J. Solomon appeared on behalf of Vance Partners, LLC/Wildcat Logistics (collectively "Warehousing 3PL Provider"). Based on the Motion, statements by counsel at hearing, and the record herein, the Court orders that:

1.      The Motion shall be and is hereby granted and the U.S. Trustee's objection is overruled.

2.      The post-petition transactional Memorandum of Understanding (the "MOU") dated June 29, 2026 between Warehousing 3PL Provider and Debtor      is approved.

3.      Pursuant to the MOU, Warehousing 3PL Provider is hereby provided and authorized to receive:

      a. a replacement lien on inventory acquired post-petition and stored at Warehousing 3PL Provider's facility, in all respects equal to the nature, extent, validity, and priority as existed on the Petition Date;

      b. an obligation by IP to maintain the Warehousing 3PL Provider Inventory held by Warehousing 3PL Provider at a value of not less than one hundred twenty per cent (120%) of the Pre-Petition Claim;

      c. a reservation of Warehousing 3PL Provider's right to assert an administrative claim under Section 503(b) for any diminution in the value of Warehousing 3PL Provider's lien on the Warehousing 3PL Provider Inventory from and after the

Petition Date, to the extent that such diminution impairs the secured amount of the Pre-Petition Claim;

d. payment of post-petition charges on a "net 15" basis; and,

e. a weekly payment of $3,574.25 (the "Pre-Petition Payment"), which shall be applied solely to reduce the unpaid balance of the Pre-Petition Claim, together with post-petition interest at the rate of 10% per annum, costs, expenses, and reasonable attorneys' fees. The weekly Pre-Petition Payment is in addition to, and shall not reduce, replace, defer, or impair Debtors' obligation to pay all post-petition invoices due to Warehousing 3PL Provider.

4. The foregoing is only a summary of the terms of the MOU. The entire MOU found at Doc. 246 is approved.

5. This Order is made without prejudice to Debtors, Warehousing 3PL Provider, or any other party subsequently filing a motion to modify the adequate protection provided to Warehousing 3PL Provider, but any subsequent modification shall not have any effect on the adequate protection previously provided.

6. In exchange for the MOU, Warehousing 3PL Provider shall a) continue providing goods and services post-petition, and b) release the Warehousing 3PL Provider Inventory (as defined in the Motion) pursuant to the terms of the MOU.

**IT IS SO ORDERED**
###

**Respectfully submitted by:**

PRELLE ERON & BAILEY, P.A.
*Attorneys for Debtors*
*/s/ David Prelle Eron*
David Prelle Eron, #23429
January M. Bailey, #23926
301 N. Main St., Suite 2000
Wichita, KS 67202
316-262-5500 / 316-262-5559 (fax)
david@eronlaw.net
january@eronlaw.net

HAUPT LAW PC
*Attorneys for Debtors*
*/s/ Robert J. Haupt*
ROBERT J. HAUPT, #28216
9393 W 110th Street, Suite 500
Overland Park, KS 66210
913-498-9390 / 405-706-9292
rhaupt@hauptlaw.com

**Approved by:**

ILENE J. LASHINSKY,
UNITED STATES TRUSTEE
/s/ *Richard A. Kear*
Richard A. Kear, #20724
Trial Attorney
301 N. Main St., Suite 1150
Wichita, KS 67202
(202) 573-6945
Richard.Kear@usdoj.gov