**SO ORDERED.**

**SIGNED this 19th day of November, 2026.**

Dale L. Somers
United States Bankruptcy Judge

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| In re:<br>INTEGRATED PROTEINS LLC<br>DEBTOR. | ) | Case No. 26-20713-11<br>LEAD CASE |
| Jointly Administered with cases below<br>IN RE: NUTRIHUB LLC<br>DEBTOR. | ) | Case No. 26-20714-11 |
| IN RE: HFO LOGISTICS LLC<br>DEBTOR. | ) | Case No. 26-20715-11 |
| IN RE: INNOVITY VENTURES, LLC<br>DEBTOR. | ) | Case No. 26-20800-11 |
| IN RE: HUBBARD INGREDIENTS, LLC<br>DEBTOR | ) | Case No. 26-20802-11 |
| IN RE: PURDY BOYS, LLC<br>DEBTOR | ) | Case No. 26-21116-11 |

**ORDER GRANTING DEBTOR'S MOTION TO PROVIDE**
**ADEQUATE PROTECTION TO THE HUNTINGTON BANK**

This matter comes before the Court on the Debtor's Motion to Provide Adequate Protection to The Huntington Bank (the "**Motion**") filed by Debtor Purdy Boys, LLC ("**Debtor**") on August 19, 2026 (Dkt. [321]). The Court, having reviewed the Motion, and being otherwise fully advised in the premises, finds that:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and 11 U.S.C. §§ 361 - 363.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. Venue is proper in this District pursuant to 28 U.S.C. § 1409.

4. On August 19, 2026, the Debtor filed its Motion in the above-caption case.

5. The objection deadline for this Motion was September 9, 2026. No objections to the Debtor's Motion have been filed with this Court.

6. Due and proper notice of the Motion was given in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court, and no further notice is necessary.

7. The relief requested in the Motion is in the best interest of the Debtor, its estate, and its creditors.

8. The equipment subject to the lien of The Huntington Bank ("**Huntington**"), namely four (4) Timpte Hopper Trailers, is necessary for the operation of the Debtor's business.

9. Good cause exists to grant the relief requested in the Motion pursuant to 11 U.S.C. § 361.

**ORDER**

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that the Debtor is authorized to make adequate protection payments to Huntington of $3,700.00 per month, equal to approximately seventy-five percent (75%) of Huntington's contract rate.

**IT IS FURTHER ORDERED** that all adequate protection payments shall be applied to ongoing interest and principal owed to Huntington under its agreement with the Debtor.

**IT IS FURTHER ORDERED** that no adequate protection payments shall be applied to any prepetition arrears owed by the Debtor to Huntington.

**IT IS FURTHER ORDERED** that nothing in this Order shall constitute a determination of the nature, extent, validity, or priority of any lien held by Huntington, and the Debtor reserves the right to fully evaluate and to object to any lien held by Huntington.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**IT IS SO ORDERED.**

###

Respectfully submitted by:

**CONROY BARAN, LLC**

*/s/Aaron M. Othmer*
Robert S. Baran (KS #19681)
Aaron M. Othmer (KS #27121)
1316 Saint Louis Ave., 2nd FL
Kansas City, Missouri 64101
(816) 616-5009 – Office
rbaran@conroybaran.com
aothmer@conroybaran.com
*Proposed Counsel for Debtor Purdy Boys, LLC*